BANKERS TRUST COMPANY, as Trustee, etc., for HENRY B. WILKINS and Another, v. FRANK C. LITTLETON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM C. ATWATER & COMPANY, INC., v. PANAMA RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Successor Trustee, etc., of EMILE A. THOMAS, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRY G. STRONG v. AMERICAN FENCE CONSTRUCTION COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

AEDITA S. FISHER v. HARRY C. FISHER, Also Known as " BUD " FISHER.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH E. BAER, INC., v. ARISTO HOSIERY CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INTERNATIONAL UNION BANK v. NATIONAL SURETY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HERBERT F. DAWSON v. EDWARD MARGOLIES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK v. LUMBER-MEN'S MUTUAL CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AUGUSTA M. CLARK v. NELSON SHERWOOD CLARK, JR., Defendant. THE FARMERS LOAN AND TRUST COMPANY, as Trustee, etc., of NELSON SHERWOOD CLARK, Appellant.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MEYER BOSNIAK, for an Order Directing Arbitration between Petitioner and SAMUEL HOROWITZ and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADOLPH C. WAPPLER v. THE WOODBURY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ

DORA SILVERMAN v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GROSSMAN v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York.— Preference granted for December 7, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARCUS STINE, Sole Surviving Executor, etc., of SAMUEL W. EHRICH, Deceased, v. HENRY LOCKHART, JR.— Motion for preference denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CITY OF NEW YORK v. HARRY H. BUTTS.— Preference granted for December 7, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.